IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/23/17 9:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

Michael Raymond Demarco
aka Michael R. Demarco
aka Michael Marco
and
Peter Ray Pope
aka Peter R. Durman,
    Debtors

Santander Consumer USA, Inc.,
    Movant
 vs.

Michael Raymond Demarco
aka Michael R. Demarco
aka Michael Marco
and
Peter Ray Pope
aka Peter R. Durman,

 and

Tamera Ochs Rothschild, Trustee,
    Respondents

Case No. 16-11113-TPA

CHAPTER 7

Related to Documents 27, 35, 39

## ORDER OF COURT

AND NOW, this __23rd__ day of _____August_____, 2017, upon consideration of the Motion of Santander Consumer USA, Inc., to Approve Modified Reaffirmation Agreement, which reduces the monthly loan payment from the contractual amount of $572.15 to $476.72, which payment reduction is retroactive to December 19, 2016, is hereby ORDERED that the Motion is hereby granted, and the Reaffirmation Agreement filed July 25, 2017 (doc.   ) is APPROVED.

BY THE COURT:

_____ J.
U.S. Bankruptcy Judge  jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael Raymond Demarco  
Peter Ray Pope  
    Debtors

Case No. 16-11113-TPA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: aala     Page 1 of 1     Date Rcvd: Aug 23, 2017  
                   Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2017.  
db/jdb       +Michael Raymond Demarco,    Peter Ray Pope,    91 Lilac Drive,    West Middlesex, PA 16159-2527  
cr           +Santander Consumer USA Inc.,    14841 Dallas Pkwy #300,    Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2017 at the address(es) listed below:  
         James    Warmbrodt     on behalf of Creditor    Santander Consumer USA, Inc. bkgroup@kmllawgroup.com  
         James    Warmbrodt     on behalf of Creditor    Santander Consumer USA Inc. bkgroup@kmllawgroup.com  
         Kenneth K. McCann     on behalf of Creditor    Pennstar Federal Credit Union dlogan.123@outlook.com  
         Larry E. Wahlquist     on behalf of Plaintiff    United States Trustee larry.e.wahlquist@usdoj.gov  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Tamera Ochs Rothschild     trothschild@gmx.com, pa70@ecfcbis.com  
         Tamera Ochs Rothschild     on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com, pa70@ecfcbis.com  
                                                                                                                                        TOTAL: 7