Notice of Undeliverable Mail to Debtor

October 4, 2017

From: United States Bankruptcy Court, Western District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Michael Raymond Demarco, Case Number 16-11113, TPA

**TO THE DEBTOR:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form with the court at the following address:

**1
U.S. Bankruptcy Court
U.S. Courthouse, Room B160
17 South Park Row
Erie, PA 16501**

Undeliverable Address:
Santander Consumer USA, Inc.

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

*Pennstar Federal Credit Union*
*4139 East State St Hermitage Pa 16148*

Undeliverable Address:
Pennstar Federal Credit Union
4139 East State Street
Hermitage

1

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
Santander Consumer USA Inc.
PO BOX 961245 Fort Worth TX 76161-1245

_____    10-10-17
Signature of Debtor or Debtor's Attorney    Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

016739    37610016755027