**Form 129**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Michael Raymond Demarco**
**aka Michael R. Demarco, aka Michael Marco**
**Peter Ray Pope**
**aka Peter R. Durman**
   Debtor(s)

Bankruptcy Case No.: 16–11113–TPA

Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

   Tamera Ochs Rothschild is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: October 18, 2017

<u>Thomas P. Agresti</u>
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael Raymond Demarco  
Peter Ray Pope  
     Debtors

Case No. 16-11113-TPA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: aala     Page 1 of 1     Date Rcvd: Oct 18, 2017  
                         Form ID: 129     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2017.  
db/jdb        +Michael Raymond Demarco,    Peter Ray Pope,    91 Lilac Drive,    West Middlesex, PA 16159-2527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2017 at the address(es) listed below:

         James Warmbrodt     on behalf of Creditor     Santander Consumer USA, Inc. bkgroup@kmllawgroup.com  
         James Warmbrodt     on behalf of Creditor     Santander Consumer USA Inc. bkgroup@kmllawgroup.com  
         Kenneth K. McCann     on behalf of Creditor     Pennstar Federal Credit Union dlogan.123@outlook.com  
         Larry E. Wahlquist     on behalf of Plaintiff     United States Trustee larry.e.wahlquist@usdoj.gov  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Tamera Ochs Rothschild     trothschild@gmx.com, pa70@ecfcbis.com  
         Tamera Ochs Rothschild     on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com, pa70@ecfcbis.com

                                                                                              TOTAL: 7